IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHATCHAI UDOMPORN,**

    **Plaintiff,**

**v.**                                              **Case No. 5:23-cv-161-AW-MJF**

**FRANK KENDALL,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge recommends dismissal for failure to serve. ECF No. 16. Plaintiff has not objected to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 16) and incorporate it into this order. The record shows that the magistrate judge afforded Plaintiff many opportunities to effect proper service. For whatever reason, Plaintiff refuses to do so.

As the magistrate judge notes, dismissal without prejudice when the statute of limitations has run is tantamount to dismissal with prejudice and is appropriate only as a last resort. But here, I find not only that Plaintiff has engaged in a clear pattern of delay but also that nothing less than dismissal will suffice.

The magistrate judge issued a show-cause order (ECF No. 13), and when Plaintiff did not timely respond, the magistrate judge issued yet another (ECF No. 14). In that one, the magistrate judge explained that "[b]ecause the statute of

1

limitations likely will foreclose Plaintiff from refiling this action in the future, the undersigned will afford Plaintiff a final opportunity to explain and show cause why he failed to effect service properly on Defendant." ECF No. 14. Still, after all this, Plaintiff has not effected proper service. Under these circumstances, dismissal is appropriate.

The report and recommendation (ECF No. 16) is approved and adopted. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to effect service." The clerk will then close the file.

SO ORDERED on April 5, 2024.

> s/ *Allen Winsor*
> United States District Judge